# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge

Criminal No. 3:25-cr-00040-SMR-SBJ-1 : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Jacob Daniel Timmsen

Gov. Atty(s): Brecklyn P. Carey : ☐ Indictment ☑ Superseding Indictment ☐ Information
Def. Atty(s): Diane S. Zitzner : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☑ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a Controlled Substance (1s), 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm (2s), 18:922(k), 924(a)(1)(B) Possession of a Firearm with Obliterated Serial Number (3s), 18:924(c)(1)(A)(i), 924(c)(1)(A)(ii) Carrying a Firearm During and In Relation To a Drug Trafficking Crime (4s), 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(C) Possession with Intent to Distribute Controlled Substances (5s), 18:924(c)(1)(A)(i) Carrying a Firearm During and In Relation To a Drug Trafficking Crime (6s)
Court Reporter: FTR Gold - 242
Interpreter: N/A
☐ Interpreter Sworn

Date: August 4, 2025

Initial Appearance Start Time: 1:38 PM    Arraignment Start Time: 1:43 PM    End Time: 1:53 PM

## Initial Appearance

☑ Advised of Rights : ☑ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☑ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: September 3, 2025 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: August 8, 2025 : ☑ Indicted in True Name
Reciprocal Discovery due: August 15, 2025 : True Name:
Pretrial Motions due: August 11, 2025 : ☑ Reading of Indictment Waived
Plea Notification Deadline: August 11, 2025 : Plea of Not Guilty Accepted as to Ct(s): 1s-6s
Plea Entry Deadline: August 19, 2025 : ☑ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention
☐ Defendant Waived Preliminary Examination : Detention Hearing Set: August 6, 2025 at 2:00 PM
☐ Defendant Waived Detention Hearing : Before: The Honorable Stephen B. Jackson, Jr.
Court Ordered Defendant: : Courthouse: Davenport    Room: 242
☐ Released on Bond : Revocation Hearing Set:
☑ Detained : Before:
: Courthouse:    Room:

/s/ R. Mikles
Deputy Clerk