AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
2:05 pm, Jul 08 2025

| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 3:25-cr-40 |
| Jacob Daniel Timmsen | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jacob Daniel Timmsen                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846,
Ct. 2 - Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8),
Ct. 3 - Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. §§ 922(k), 924(a)(1)(B),
Ct. 4 - Carrying a Firearm During and In Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), (c)(1)(A)(ii),
Ct 5 - Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C).

Date:   07/08/2025

*Issuing officer's signature*

City and state:   Davenport, Iowa       Stephen B. Jackson, Jr., Chief U.S. Magistate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/08/2025, and the person was arrested on *(date)* 08/04/2025
at *(city and state)* Davenport, IA

Date: 08/04/2025

*Arresting officer's signature*

Chad Hasz; DUSM
*Printed name and title*