IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB DANIEL TIMMSEN,<br><br>    Defendant. | Case No. 3:25-cr-040<br><br>**APPEARANCE OF COUNSEL** |

To: The clerk of this court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the above-named Defendant, Jacob Daniel Timmsen.

| | |
|---|---|
| The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:<br><br>_ U.S. Mail<br>_ Fax<br>_ Hand Delivered<br>_ Overnight Courier<br>X CM-ECF<br><br>/s/H.Aguirre_____ (Date) 8/5/2025 | Respectfully submitted,<br>*/s/ Charles D. Paul*<br>Charles D. Paul, AT0014293<br>NIDEY ERDAHL MEIER & ARAGUÁS, PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>Tele: 319-369-0000<br>Fax: 319-369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |