IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JACOB DANIEL TIMMSEN ,<br>    Defendant. | No. 3:25-CR-040<br><br>WAIAVER OF DENTENTION HEARING<br>**UNRESISTED** |

Defendant, by and through their attorney, moves this Court to continue the Sentencing Hearing currently scheduled in this case.  In support hereof Defendant states:

1. Detention hearing in this matter is set for August 6, 2025.

2. Counsel for Defendant was appointed Monday August 4, 2025.

3. Counsel  exerted due diligence attempting to speak with Defendant yesterday and flailed up till now.

4. Counsel spoke with Defendant and explained defendant's right to a hearing and his ability to waive without prejudice and latter have a detention hearing.

5. Defendant through counsel wishes to waive hearing without prejudice.

6. Counsel intends to have Defendant sign a waiver of detention hearing before the end of the week and file that.

7. Assistant United States Attorney Brecklyn has been informed of the Defense's intent to continue the detention hearing as set and does not object.

8. The Court should continue hearing awaiting the filing of a signed waiver without prejudice of the Defendant's detention hearing.

WHEREFORE, Defendant moves this Court to continue the Detention Hearing as set.

| | |
|---|---|
| **The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:**<br><br>_ U.S. Mail Fax _Hand Delivered _Overnight Courier X CM-ECF<br><br>*/s/Charles Paul* (Date)_ 8/5/2025 | Respectfully submitted,<br><br>*/s/Charles D. Paul*<br>Charles D. Paul, AT0014293<br>Nidey Erdahl Meier & Araguás, PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>Office: (319) 369-0000<br>Fax: (319) 369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |

cc: Assistant United States Attorney,