# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:25-cr-040 |
| vs. | |
| JACOB DANIEL TIMMSEN, | **WAIVER OF DETENTION HEARING** |
| Defendant. | |

The undersigned hereby expressly waives his right to a Detention Hearing pursuant to 18 U.S.C § 3142(f) on the United State's motion for defendant's detention without prejudice. The right to such hearing has been fully explained to the undersigned by the Court and defendant's attorney, Charles Paul. The undersigned acknowledges, understands, and agrees that he will remain in custody at this time but intends to exercise his right to a detention hearing at a later date. And may upon motion be set for detention hearing.

Dated this \_\_8th\_\_ day of \_\_August\_\_, 2025.

_____
Defendant's signature

| | |
|---|---|
| The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by: <br><br> \_ U.S. Mail <br> \_ Fax <br> \_ Hand Delivered <br> \_ Overnight Courier <br> X CM-ECF <br><br> /s/ H.Aguirre (Date) 8/8/2025 | Respectfully submitted, <br> /s/ *Charles D. Paul* <br> Charles D. Paul, AT0014293 <br> **NIDEY ERDAHL MEIER & ARAGUÁS, PLC** <br> 425 2nd Street SE, Suite 1000 <br> Cedar Rapids, IA 52401 <br> Tele: 319-369-0000 <br> Fax: 319-369-6972 <br> cpaul@eiowalaw.com <br> **ATTORNEY FOR DEFENDANT** |